UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE VANCE THOMPSON, III ,

    Petitioner,

v.                                          Case No.:  2:18-cv-608-FtM-38NPM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER[1]

Pursuant to the Court's August 26, 2019 Order (Doc. 12), Petitioner filed an Amended Motion to Vacate, Set Aside or Correct Sentence (2255) (Doc. 16) with memorandum in support (Doc. 17). The Court deems the Motion and attached memorandum is certified as being signed under penalty of perjury by Petitioner's Notice of Filing filed separately (Doc. 15).[2]

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] In the future, Petitioner shall include his verification not as a separate document but at the end of the pleading. The rules applicable to this Court require all pleadings, motions and other papers filed with the Court to be signed by counsel or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); M.D. Fla. R. 1.05(d). Specifically, a petitioner is required to certify the accuracy of the facts alleged, under penalty of perjury. 28 U.S.C. § 1746.

1. The **Clerk** shall correct the docket text to reflect the Amended Motion to Vacate, Set Aside or Correct Sentence (2255) (Doc. 16) and memorandum (Doc. 17) certified by Petitioner's Notice of Filing (Doc. 15).

2. **Respondent** shall file a response to Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence (2255) (Doc. 16) within **thirty (30) days** of the date of this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of October, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record